## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHERWIN FOXX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 18-0497-CG-MU** |
| | ) | |
| **TERRY RAYBON,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 21, 2020, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 16th day of November, 2020.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE